UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

KARL HENRY LUCCE,

      Petitioner,

v.                                            25-CV-6342-MAV
                                                        ORDER

PETER SUKMANOWSKI, in his
official capacity as Acting Officer-in-
Charge, Buffalo Federal Detention
Facility, et al.,

      Respondents.
_____

*Pro se* Petitioner, Karl Henry Lucce, is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. Petitioner claims that he is being detained in United States Immigration and Customs Enforcement custody pending removal proceedings in violation of the United States Constitution. Therefore, Petitioner seeks relief under 28 U.S.C. § 2241. Docket Item 1. Petitioner also filed an application to proceed *in forma pauperis*, Docket Item 2, which is granted. 28 U.S.C. § 1915(a)(1).

## ORDER

IT IS HEREBY ORDERED that Petitioner's request to proceed *in forma pauperis* is granted; and it is further

ORDERED that within **45 days** of the date of this Order, Respondents shall file and serve an **answer** responding to the allegations in the Petition; and it is further

ORDERED that within **45 days** of the date of this Order, Respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the Petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that within **45 days** of the date of this Order, instead of an answer, Respondents may file a **motion to dismiss** the Petition, accompanied by appropriate exhibits demonstrating that an answer to the Petition is unnecessary; and it is further

ORDERED that Petitioner shall have **25 days** after service of the answer or motion to dismiss to file a **written response**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the Petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENTS.**

SO ORDERED.

Dated:    July ___, 2025
          Rochester, New York

_____
MEREDITH A. VACCA
UNITED STATES DISTRICT COURT