# UNITED STATES DISTRICT COURT
for the
Western District of NY

KARL HENRY LUCCE,
*Plaintiff*
v.
JOSEPH FREDEN, in his official capacity as Deputy Field Office Director, Buffalo Detention Facility, et al.,
*Defendant*

)
)
)
)
)
)

Civil Action No. 25-CV-6342-MAV

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: The petition for habeas corpus is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Meredith A. Vacca on motion for dismissing petition without prejudice.

Date: 11/19/2025

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*